**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF TEXAS

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RVFW E LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-4420122 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7100 Cross Timbers Road** **Flower Mound, TX 75022** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Denton** County | Location of principal assets, if different from principal place of business Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  edenranch.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **RVFW E LLC**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　Name

7. **Describe debtor's business**　A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　■ None of the above

　B. *Check all that apply*
　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

　☐ Chapter 7
　☐ Chapter 9
　■ Chapter 11. Check **all** that apply:
　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　■ No.
　☐ Yes.

　　District _____　When _____　Case number _____
　　District _____　When _____　Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　☐ No
　■ Yes.

Debtor **RVFW E LLC**
Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **RVFW, LLC** | Relationship | **Affiliate** |
| District | **Eastern** When **3/03/24** | Case number, if known | **25-40609** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **RVFW E LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/31/2025
              MM / DD / YYYY

X  *Signed by: TYLER RADBOURNE*   **Tyler Radbourne**
   C73B1BE7C74C423...
   Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  */s/ Buffey E. Klein*   Date  03/31/2025
   Signature of attorney for debtor    MM / DD / YYYY

**Buffey E. Klein**
Printed name

**Husch Blackwell LLP**
Firm name

**1900 N. Pearl Street, Suite 1800**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone  214-999-6152    Email address  buffey.klein@huschblackwell.com

**24032515 TX**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

## RESOLUTION OF RVFW LLC

I, **Tyler Radbourne, Manager of RVFW E LLC**, determined it was in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Resolved, that **Tyler Radbourne** will execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the professional association; and

Be It Further Resolved, that **Tyler Radbourne** will appear in all bankruptcy proceedings on behalf of the limited liability company, and will otherwise do and perform all acts and deeds and will execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Tyler Radbourne** is authorized to employ **Buffey E. Klein**, attorney and the law firm of **Husch Blackwell LLP** to represent the limited liability company in such bankruptcy case."

Date

3/31/2025

Signed  **RVFW E LLC**

By: *Tyler Radbourne* (signed)
C73B1BE7C74C423...
**Tyler Radbourne, Manager**

HB: 4923-7684-8688.1