**Fill in this information to identify the case:**

Debtor name **RVFW E LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **25-40933-btr**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/14/2025

X *Signed by:* TYLER RADBOURNE
C73B1BE7C74C423...
Signature of individual signing on behalf of debtor

**Tyler Radbourne**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **RVFW E LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    **25-40933-btr**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $    **56,155,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $    **56,155,000.00**

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **22,020,050.30**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **6,510.52**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **254,834.50**

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b        $    **22,281,395.32**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RVFW E LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **25-40933-btr** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **RVFW E LLC** | Case number *(If known)* **25-40933-btr** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements as set out on Schedule A.55 attached hereto.** | Fee Simple | $20,000,000.00 | Appraisal | $55,000,000.00 |
| 55.2. **5.0504 acre land tract of land located in Flower Mound, Denton County, Texas** | Fee Simple | $1,155,000.00 | Appraisal | $1,155,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $56,155,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **RVFW E LLC** | | Case number *(If known)* | **25-40933-btr** |
|---|---|---|---|---|
| | Name | | | |

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

<br>

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **RVFW E LLC**
Name

Case number *(If known)*  **25-40933-btr**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................................> | | $56,155,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $56,155,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,155,000.00 |

SCHEDULE A.55

# Denton Central Appraisal District
DENTON COUNTY, TEXAS

| Home | Online Services > | Reports | Forms | News | Resources > | About > | Meetings |

## Property Search

Compound Text Search ▸  | Invision Development FM East

2025

| SEQ | Year | PropID | Type | GEO ID | Ref ID | Tax Office ID | Owner Name | ARB Hearing | Property Address | City | Legal Description |
|-----|------|--------|------|--------|--------|---------------|------------|-------------|------------------|------|-------------------|
| 1 | 2025 | 17539 | R | A0552A-000-0057-0000 | 364618 | A0552A-000-0057-0000 | INVISION DEVELOPMENT FM EAST LLC | | SHILOH RD | DOUBLE OAK | A0552A BBB & CRR... |
| 2 | 2025 | 37840 | R | A1415A-000-0019-0000 | 364896 | A1415A-000-0019-0000 | INVISION DEVELOPMENT FM EAST LLC | | SHILOH RD | FLOWER MOUND | A1415A J WEST TR 19, 6.61... |
| 3 | 2025 | 37937 | R | A1414A-000-0001-0000 | 364978 | A1414A-000-0001-0000 | INVISION DEVELOPMENT FM EAST LLC | | | FLOWER MOUND | A1414A J WEST TR 9 962 A... |
| 4 | 2025 | 37958 | R | A1618A-000-0001-0000 | 364998 | A1618A-000-0001-0000 | INVISION DEVELOPMENT FM EAST LLC | | 7000 CROSS TIMBERS RD | FLOWER MOUND | A1618A T & PRR, TR 96.2 A... |
| 5 | 2025 | 52500 | R | A0556A-000-0018-0000 | 378065 | A0556A-000-0018-0000 | INVISION DEVELOPMENT FM EAST LLC | | SHILOH RD | DOUBLE OAK | A0556A J.T. PAYNE, TR... |
| 6 | 2025 | 188338 | R | A0556A-000-0023-0000 | 216534 | A0556A-000-0023-0000 | INVISION DEVELOPMENT FM EAST LLC | | DOUBLE OAK 23 RD | FLOWER MOUND | A0556A J.T. PAYNE, TR... |
| 7 | 2025 | 188349 | R | A1618A-000-0002-000A | 239643 | A1618A-000-0002-000A | INVISION DEVELOPMENT FM EAST LLC | | CROSS TIMBERS FM 1171 | FLOWER MOUND | A1618A T & PRR, TR 96.2... |
| 8 | 2025 | 250739 | R | A1414A-000-0001-000A | 330079 | A1414A-000-0001-000A | INVISION DEVELOPMENT FM EAST LLC | | | FLOWER MOUND | A1414A J WEST TR... |

20    Per Page

1

**Chief Appraiser:**
Don Spencer

**Deputy Chief of Appraisal:**
Chris Littrell

**Deputy Chief of Administration:**
Jeanne M. Ashlock

**TLO:** Daniel González
Contact TLO

**Phone:**
(940) 349-3800

**Email:**
info@dentoncad.com

**Address:**
3911 Morse Street Denton, TX 76208
View Business Hours
Tell Us About Your DCAD Experience

Copyright Denton Central Appraisal District. All rights reserved.

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 37539 |
| Geographic ID: | A0152A-000-0057-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A0152A BBB & CRR, TR 57, .709 ACRES, OLD DCAD TR 4A(2) |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | SHILOH RD, DOUBLE OAK TX 75022 |
| Market Area: | |
| Market Area CD: | DC30002 |
| Map ID: | DO01 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $25,480 | $0 | $25,436 | $44 | $0 | $44 |
| 2023 | $25,710 | $0 | $25,666 | $44 | $0 | $44 |
| 2022 | $22,334 | $0 | $22,289 | $45 | $0 | $45 |
| 2021 | $22,334 | $0 | $22,297 | $37 | $0 | $37 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C30 | DOUBLE OAK TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 0.7090 | 30,884.04 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, C N | PEARSON RANCH LTD P/S | | | | 93-46348 |
| | CONV | CONVERSION | PRIOR OWNER | PEARSON, C N | | 915 | 653 | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |
| | CONV | CONVERSION | PEARSON, C N | PEARSON, C N | | | | |

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 37840 |
| Geographic ID: | A1415A-000-0019-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1415A J. WEST, TR 19, 60.839 ACRES, OLD DCAD TR# 1 |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | SHILOH RD, FLOWER MOUND TX 75022 |
| Market Area: | |
| Market Area CD: | DC07011 |
| Map ID: | FMDE1 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $2,186,145 | $214,855 | $2,152,277 | $248,723 | $0 | $248,723 |
| 2023 | $2,206,725 | $309,478 | $2,172,993 | $343,210 | $0 | $343,210 |
| 2022 | $1,916,429 | $223,529 | $1,886,700 | $253,258 | $0 | $253,258 |
| 2021 | $1,916,429 | $136,031 | $1,886,700 | $165,760 | $0 | $165,760 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| Improvement #1: | Commercial | Improvement Value: | N/A | Main Area: | 3,844 |
|---|---|---|---|---|---|
| State Code: | D2 | Description: | UTILITY SHED | Gross Building Area: | 3,844 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| C-MA | Main Area Comm | S | | 1 | 2002 | 1991 | 3,100 |
| C-ADD | Attached Addition Comm | S | | 1 | 2002 | 1991 | 744 |

### Improvement Features

C-MA Sprinkler System: *

| Improvement #2: | Residential | Improvement Value: | N/A | Main Area: | 2,080 |
|---|---|---|---|---|---|
| State Code: | E1 | Description: | RES | Gross Building Area: | 2,260 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | Main Area | FW2 | | 1 | 1991 | 1991 | 1,600 |
| MA2 | Second Floor | FW2 | | 1 | 1991 | 1991 | 480 |
| DK | Deck Area | FW2 | | 1 | 1991 | 1991 | 180 |

### Improvement Features

MA Roof Covering: Metal, Heating/Cooling: Allowance, Flooring: Allowance, Accessories: Allowance

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 60.0000 | 2,613,600 | $0.83 | N/A | N/A |
| 1 | HOMESITE | 0.8390 | 36,546.84 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE & JO | | | | 02-149066 |

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 7/14/93 | WD | WARRANTY DEED | PEARSON C. N | PEARSON RANCH LTD P/S | | | | 93-0046348 |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

# GENERAL INFO

## ACCOUNT
| | |
|---|---|
| Property ID: | 37937 |
| Geographic ID: | A1414A-000-0001-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1414A J. WEST, TR 1, 28.962 ACRES, OLD DCAD TR 1 |
| Property Use: | |

## OWNER
| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION
| | |
|---|---|
| Address: | FLOWER MOUND TX 75022 |
| Market Area: | |
| Market Area CD: | DC07PASTUR |
| Map ID: | FMDE1 |

## PROTEST
| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES
| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY
| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $1,051,457 | $0 | $1,049,661 | $1,796 | $0 | $1,796 |
| 2023 | $1,050,222 | $0 | $1,048,426 | $1,796 | $0 | $1,796 |
| 2022 | $912,303 | $0 | $910,478 | $1,825 | $0 | $1,825 |
| 2021 | $912,303 | $0 | $910,797 | $1,506 | $0 | $1,506 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| Pl 3 | IMPROVED PASTURE III | 28.9620 | 1,261,585 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, C N | PEARSON RANCH LTD P/S | | | | 93-0046348 |
| | CONV | CONVERSION | WOODGATE, CECIL L | PEARSON, C N | | | | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

# GENERAL INFO

## ACCOUNT

Property ID: 37958
Geographic ID: A1618A-000-0001-0000
Type: R
Zoning:
Agent: Haynes Tax and Consulting LLC
Legal Description: A1618A T & PRR, TR 1(PT), 20.9686 ACRES, OLD DCAD TR# 1A

Property Use:

## OWNER

Name: INVISION DEVELOPMENT FM EAST LLC

Secondary Name:

Mailing Address: 2140 E SOUTHLAKE BLVD STE L203
SOUTHLAKE TX US 76092-6599
Owner ID: 1815580
% Ownership: 100.000000
Exemptions:

## LOCATION

Address: 7000 CROSS TIMBERS RD, FLOWER MOUND TX 75022-6213

Market Area:
Market Area CD: DC07PASTUR
Map ID: FMDE1

## PROTEST

Protest Status:
Informal Date:
Formal Date:

# VALUES

## CURRENT VALUES

Land Homesite: N/A
Land Non-Homesite: N/A
Special Use Land Market: N/A
Total Land: N/A

Improvement Homesite: N/A
Improvement Non-Homesite: N/A
Total Improvement: N/A

Market: N/A
Special Use Exclusion (-): N/A
Appraised: N/A
Value Limitation Adjustment (-): N/A

Net Appraised: N/A

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|------|------------|-------------|----------------------|-----------|-------------------------|---------------|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $753,581 | $0 | $752,281 | $1,300 | $0 | $1,300 |
| 2023 | $760,365 | $0 | $759,065 | $1,300 | $0 | $1,300 |
| 2022 | $660,511 | $0 | $659,190 | $1,321 | $0 | $1,321 |
| 2021 | $660,511 | $0 | $659,421 | $1,090 | $0 | $1,090 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 20.9686 | 913,392.2 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|-----------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, C N | PEARSON RANCH LTD P/S | | | | 93-0046348 |
| | CONV | CONVERSION | PEARSON, C N | PEARSON, MRS ALICE | | | | |
| | CONV | CONVERSION | PEARSON, MRS ALICE | PEARSON, C N | | | | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 51400 |
| Geographic ID: | A1056A-000-0018-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1056A J.T. PAYNE, TR 18, 3.94 ACRES, OLD DCAD TR# 3(PT) |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | SHILOH RD, DOUBLE OAK TX 75022 |
| Market Area: | |
| Market Area CD: | DC07PASTUR |
| Map ID: | FMDE1 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $141,598 | $0 | $141,354 | $244 | $0 | $244 |
| 2023 | $142,873 | $0 | $142,629 | $244 | $0 | $244 |
| 2022 | $124,110 | $0 | $123,862 | $248 | $0 | $248 |
| 2021 | $124,110 | $0 | $123,905 | $205 | $0 | $205 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| Pl 3 | IMPROVED PASTURE III | 3.9400 | 171,626 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, C N | PEARSON RANCH LTD P/S | | | | 93-0046348 |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |
| | CONV | CONVERSION | PRIOR OWNER | PEARSON, C N | | 915 | 653 | |

# PID 138338 | DOUBLE OAK #23 RD

## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 138338 |
| Geographic ID: | A1056A-000-0023-0000 |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1056A J.T. PAYNE, TR 23, .07 ACRES |
| Property Use: | |

### OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### LOCATION

| | |
|---|---|
| Address: | DOUBLE OAK #23 RD, FLOWER MOUND TX 75022 |
| Market Area: | |
| Market Area CD: | DC07PASTUR |
| Map ID: | FMDE1 |

### PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $2,516 | $0 | $2,512 | $4 | $0 | $4 |
| 2023 | $2,538 | $0 | $2,534 | $4 | $0 | $4 |
| 2022 | $2,205 | $0 | $2,201 | $4 | $0 | $4 |
| 2021 | $2,205 | $0 | $2,201 | $4 | $0 | $4 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 0.0700 | 3,049 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | PEARSON, C N | PEARSON RANCH LTD P/S | | | | 93-46348 |
| 11/1/91 | SW | SPECIAL WD | PEARSON, C N | PEARSON, C N | | 3091 | 420 | |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |
| | CONV | CONVERSION | PEARSON, C N | PEARSON, C N | | | | |

# PID 168149 | CROSS TIMBERS (FM

## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 168149 |
| Geographic ID: | A1618A-000-0002-000A |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1618A T & PRR, TR 2A(PT), 20.58 ACRES, OLD DCAD TR #1A-1 |
| Property Use: | |

### OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### LOCATION

| | |
|---|---|
| Address: | CROSS TIMBERS (FM 1171), FLOWER MOUND TX 75028-1270 |
| Market Area: | |
| Market Area CD: | DC07PASTUR |
| Map ID: | FMDE1 |

### PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $739,615 | $0 | $738,339 | $1,276 | $0 | $1,276 |
| 2023 | $746,273 | $0 | $744,997 | $1,276 | $0 | $1,276 |
| 2022 | $648,270 | $0 | $646,973 | $1,297 | $0 | $1,297 |
| 2021 | $648,270 | $0 | $647,200 | $1,070 | $0 | $1,070 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 20.5800 | 896,464.8 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE M & JO | | | | 02-149066 |
| 7/14/93 | WD | WARRANTY DEED | C N PEARSON LIVING TRUST | PEARSON RANCH LTD P/S | | | | 93-0046347,8 |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 250739 |
| Geographic ID: | A1414A-000-0001-000A |
| Type: | R |
| Zoning: | |
| Agent: | Haynes Tax and Consulting LLC |
| Legal Description: | A1414A J. WEST, TR 1A, 62.708 ACRES |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | INVISION DEVELOPMENT FM EAST LLC |
| Secondary Name: | |
| Mailing Address: | 2140 E SOUTHLAKE BLVD STE L203 SOUTHLAKE TX US 76092-6599 |
| Owner ID: | 1815580 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | FLOWER MOUND TX 75022 |
| Market Area: | |
| Market Area CD: | DC07PASTUR |
| Map ID: | FMDE1 |

## PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | N/A |
| Land Non-Homesite: | N/A |
| Special Use Land Market: | N/A |
| Total Land: | N/A |
| Improvement Homesite: | N/A |
| Improvement Non-Homesite: | N/A |
| Total Improvement: | N/A |
| Market: | N/A |
| Special Use Exclusion (-): | N/A |
| Appraised: | N/A |
| Value Limitation Adjustment (-): | N/A |
| Net Appraised: | N/A |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $2,253,633 | $0 | $2,249,745 | $3,888 | $0 | $3,888 |
| 2023 | $2,273,922 | $0 | $2,270,034 | $3,888 | $0 | $3,888 |
| 2022 | $1,975,302 | $0 | $1,971,351 | $3,951 | $0 | $3,951 |
| 2021 | $1,975,302 | $0 | $1,972,041 | $3,261 | $0 | $3,261 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| C07 | FLOWER MOUND TOWN OF | N/A | N/A | N/A |
| G01 | DENTON COUNTY | N/A | N/A | N/A |
| S05 | DENTON ISD | N/A | N/A | N/A |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| PI 3 | IMPROVED PASTURE III | 62.7080 | 2,731,560 | $0.83 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 12/27/22 | SWD | SPECIAL WD WITH | 1309 LLC | INVISION DEVELOPMENT FM | | | | 2022-174571 |
| 10/9/13 | GN | GENERAL WD | CUMMINGS, CHARLIE & JO | 1309 LLC | | | | 2013-126287 |
| 11/20/02 | SW | SPECIAL WD | PEARSON RANCH LTD P/S | CUMMINGS, CHARLIE & JO | | | | 02-149066 |
| | CONV | CONVERSION | CUMMINGS, CHARLIE & JO, | CUMMINGS, CHARLIE & JO | | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **RVFW E LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  **25-40933-btr**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **Ecostream LLC**<br>Creditor's Name<br><br>**c/o Tyler Radbourne**<br>**2140 E. Southlake**<br>**Boulevard, Suite L-203**<br>**Southlake, TX 76092**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property and improvements identified on Schedul A.55** | **$375,000.00** | **$55,000,000.00** |

Creditor's email address, if known

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| --- | --- |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| **2.2**  **Knight Family Ventures, LLC**<br>Creditor's Name<br>**Attn:  Rob Knight**<br>**3451 Serendipity Hills Trail**<br>**Corinth, TX 76210**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property and improvements identified on Schedule A.55** | $21,500,000.00 | $55,155,000.00 |

Creditor's email address, if known

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/27/2022**

Last 4 digits of account number

| Debtor | **RVFW E LLC** | Case number (if known) | **25-40933-btr** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Radbourne Family Holdings FM LLC** | Describe debtor's property that is subject to a lien | $145,050.30 | $1,155,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Tyler Radbourne
2140 Southlake Boulevard, Suite L-203
Southlake, TX 76092**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**5.0504 acre land tract located in Flower Mount, Denton County, Texas**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$22,020,050.30** |
|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Knight Family Ventures, LLC**<br>**Attn: Greg Turner**<br>**Walker & Doepfner, PLLC**<br>**16479 Dallas Parkway, Suite 500**<br>**Addison, TX 75001** | Line __2.2__ | |
| **Munsch Hardt Kopf & Harr, P.C.**<br>**Attn: Michael B. Franklin**<br>**500 N. Akard Street, Suite 4000**<br>**Dallas, TX 75201-6605** | Line __2.2__ | |
| **Phelps Dunbar LLP**<br>**Attn: Joe Reimer**<br>**Wells Fargo Tower**<br>**201 Main Street, Suite 1350**<br>**Fort Worth, TX 76102** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name  **RVFW E LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  **25-40933-btr**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Delaware Division of Corporations**
**401 Federal Street, Suite 4**
**Dover, DE 19901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim $575.00   Priority amount $575.00**

Date or dates debt was incurred

Basis for the claim:
**2023 Franchise Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Denton County Tax Assessor/Collector**
**P O Box 90223**
**Denton, TX 76202**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim $5,935.52   Priority amount $0.00**

Date or dates debt was incurred
**2023**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **RVFW E LLC** | Case number (if known) | **25-40933-btr** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**Revenue Acctg Div - Bankruptcy**
**Section**
**P. O. Box 13528**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Workforce Commission**
**TWC-Regulatory Integrity Div.**
**101 E. 15th Street**
**Austin, TX 78778-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney's Offices**
**110 North College Avenue, Suite**
**700**
**Tyler, TX 75702-0204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **RVFW E LLC** | Case number (if known) | **25-40933-btr** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.95 |
|---|---|---|---|

**CoServe**
**Denton County Electric Cooperative, Inc.**
P O. Box 734803
Dallas, TX 75373-4803

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254,100.55 |
|---|---|---|---|

**ES Management**
2140 E. Southlake Boulevard, Suite L-203
Southlake, TX 76092

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Operating expenses__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reginitech LLC**
P O Box 1526
Whitefish, MT 59937

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,510.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 254,834.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 261,345.02 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **RVFW E LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **25-40933-btr** |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agricultural Land Lease** | |
| | State the term remaining | **2 years, 10 months** | **Ag Partners, Inc.**<br>**Attn:  Charlie Haynes**<br>**405 N. Oak Street**<br>**Roanoke, TX 76262** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **RVFW E LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **25-40933-btr**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Ecostream LLC** | **c/o Tyler Radbourne** <br> **2140 E. Southlake Boulevard, Suite L-203** <br> **Southlake, TX 76092** | **Knight Family Ventures, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |